Timothy M. Coleman WSBA#22866
OlsenDaines, P.C.
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375
tcoleman@olsendaines.com

The Honorable Whitman L. Holt
Chapter 13 Proceeding

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>Benjamin Alex Byrd,<br><br>        Debtor. | Case No. 24-00269-WLH13<br><br>PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN AND NOTICE THEREOF |

**<u>NOTICE</u>**

YOU ARE HEREBY NOTIFIED that, unless an objection to the enclosed modifications to Debtors' chapter 13 plan is filed and served no later than **24 DAYS** after the date of this Notice with the United States Bankruptcy Court for the Eastern District of Washington, 904 West Riverside Avenue, P.O. Box 2164, Spokane, Washington 99201, Chapter 13 Trustee, 801 West Riverside Avenue, Suite 515, Spokane, Washington 99201, then the Debtor's Pre-Confirmation Modification of the Chapter 13 Plan will become the effective plan.

**<u>AMENDMENT TO CHAPTER 13 PLAN</u>**

Debtor, Benjamin Byrd, by and through his attorney, Timothy M. Coleman, hereby modify the Chapter 13 Plan as previously filed in this proceeding in the following respects:

1 – DEBTOR'S PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN AND NOTICE THEREOF

OlsenDaines, P.C.
PO Box 12829
Salem, OR 97309-0829
Phone: (503)362-9393
Fax: (503)362-1375
Email: tcoleman@olsendaines.com

24-00269-WLH13    Doc 44    Filed 09/10/24    Entered 09/10/24 09:48:55    Pg 1 of 2

1. Part 3.2.1 and Part 3.2.4 are modified to move True North Credit Union on the Toyota 4 Runner from Part 3.2.1 to Part 3.2.4 to surrender said vehicle. Part 3.2.4 is further modified to surrender a 2011 Harly Davidson FXOB StreetBob.

2. Part 2.1 is modified to is modified to make the Plan Payment $3,701.00 for Months 1-4, the $4,151.00 for Month 5-7 then $3,511.00 beginning Month 8.

3. Part 2.5 is modified to make the Base Amount $187,398.00.

All other aspects of the Plan remain unchanged.

DATED Sept. 10, 2024.

/s/ Timothy M. Coleman
Timothy M. Coleman, WSB#22866
OlsenDaines, P.C.
Attorney for Debtor

2 – DEBTOR'S PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN AND NOTICE THEREOF

OlsenDaines, P.C.
PO Box 12829
Salem, OR 97309-0829
Phone: (503)362-9393
Fax: (503)362-1375
Email: tcoleman@olsendaines.com

24-00269-WLH13    Doc 44    Filed 09/10/24    Entered 09/10/24 09:48:55    Pg 2 of 2