Mike I. Todd     The Honorable Whitman L Holt
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA  99210-1513
(509)747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: ) Case No. 24-00269-WLH13
Byrd, Benjamin Alex )
         Debtor(s). )
) Amended Objection to Confirmation
)

The Trustee objects to the Chapter 13 plan for the following reason(s):

The plan is not feasible.  11 USC § 1325.

1. There is no treatment in the plan for, nor has an objection been filed to the secured claim filed by Community South Credit Union in the amount of $11,019.24.

2. There is no treatment in the plan for, nor has an objection been filed to the post petition mortgage fee claim filed by Carrington Mortgage Services in the amount of $566.50.

The plan is not feasible.  11 USC § 1325(a)(6).  The debtor will be unable to make all plan payments that come due over the term of the plan.  The debtor is

Amended Objection to Confirmation. - 1

currently delinquent $21,264.50 through November 2024 and has not remitted a plan payment since June of 2024.

Dated: 11/7/2024

Mike I. Todd
Chapter 13 Trustee

/s/ Mike I. Todd
Mike I. Todd

Amended Objection to Confirmation. - 2